## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| | : | MAGISTRATE NO. 22-MJ-279 |
| v. | : | |
| | : | VIOLATION: |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| ANDRA PARKER, | : | |
| | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C), |
| Defendant. | : | 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
## (Wire Fraud)

1. Andra Parker resided in Maryland.

2. Parker was a correctional officer at the D.C. Department of Corrections.

3. The Fraternal Order of Police – Department of Corrections Labor Committee ("Labor Committee") was a labor organization in Washington, D.C., whose objectives included organizing, aiding, and representing all members of the D.C. Department of Corrections.

4. The Labor Committee maintained bank accounts at SunTrust Bank.

5. Parker served as Chairman of the Labor Committee from approximately June 2018 through April 2019. As Chairman, Parker had full access to the Labor Committee's bank accounts to carry out his official duties, and was issued a debit card.

### The Scheme

6. From in or about June 2018 through in or about April 2019, Parker devised a scheme to defraud the Labor Committee, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

7. It was part of the scheme that Parker used Labor Committee funds for non-official purposes, including using the Labor Committee debit card to pay for unofficial travel, lodging, and entertainment for Parker and his friends.

### Execution of the Scheme

8. On or about November 30, 2018, Parker, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce signals and sounds from the District of Columbia when he used a Labor Committee debit card to purchase three tickets, totaling $616.86, to the December 4, 2018, production of *Summer – The Donna Summer Musical*.

**(Wire Fraud, in Violation of Title 18, United States Code, Section 1343)**

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $31,379.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C),
Title 28, United States Code, Section 2461(c), and
Title 21, United States Code, Section 853(p))**

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: May 31, 2023        By:   /s/ Kondi J. Kleinman
Kondi J. Kleinman
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
California Bar No. 241277
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6887
kondi.kleinman2@usdoj.gov