UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-CR-186-RC** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| **ANDRA PARKER,** | : | |
| | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C),** |
| Defendant. | : | **28 U.S.C. § 2461(c)** |

### STATEMENT OF OFFENSE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Statement of Offense in the above-captioned case.

The following proffer of the government's evidence is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure. This proffer is not intended to be a disclosure of all the evidence available to the United States nor, to the extent it makes representations concerning anything the defendant said, is it a recitation of all that the defendant said.

Had this matter gone to trial, the government's evidence would have shown, beyond a reasonable doubt, the following facts.

1. Andra Parker resided in Maryland.

2. Parker was a correctional officer at the D.C. Department of Corrections.

3. The Fraternal Order of Police – Department of Corrections Labor Committee ("Labor Committee") was a labor organization in Washington, D.C., whose objectives included organizing, aiding, and representing all members of the D.C. Department of Corrections.

4. The Labor Committee maintained bank accounts at SunTrust Bank.

5. Parker served as Chairman of the Labor Committee from approximately June 2018

through April 2019. As Chairman, Parker had full access to the Labor Committee's bank accounts to carry out his official duties, and was issued a debit card.

6.   From about June 2018 through April 2019, as he planned and intended to do, Parker obtained money and property belonging to the Labor Committee by means of materially false and fraudulent pretenses, representations, and promises. Specifically, he used his position to access money and property belonging to the Labor Committee in the amount of approximately $31,379, which was either unaccounted for, or determined to be for personal use or benefit, and not for the benefit or use of the union.

7.   Parker defrauded the Labor Committee by using Labor Committee funds for non-official purposes, including using the Labor Committee debit card to pay for unofficial travel, lodging, and entertainment for Parker and his friends.

8.   On or about November 14, 2018, Parker used approximately $1,325 in Labor Committee funds to purchase four roundtrip airline tickets to fly Parker and his friends from Ronald Reagan National Airport in Arlington, Virginia, on December 2, 2018, to LaGuardia Airport in Queens, New York.

9.   On or about November 15, 2018, Parker used approximately $371.90 in union funds to purchase two tickets to the December 3, 2018, New York Knicks vs. Washington Wizards game, which was played at Madison Square Garden in Manhattan.

10.   On or about November 30, 2018, Parker spent $616.86 in union funds on three tickets to the December 4, 2018, performance of *Summer: The Donna Summer Musical*. Parker purchased the tickets to the New York production on the website Broadway.com while he was at the Labor Committee's office located in Southeast, Washington, D.C. Broadway.com did not have any servers located in Washington, D.C. Thus, in purchasing the tickets, Parker caused a signal to

be transmitted in interstate commerce, that is, from the District of Columbia to a location outside the District of Columbia.

11. During the trip to New York, Parker spent more than $4,000 in union funds on rooms and other expenses at a Times Square hotel.

12. In total, Parker misappropriated more than $7,000 in union funds on the New York City trip, for which there was no official union business.

13. Parker also used union funds for non-official purposes when he bought four tickets totaling $2,029.44 to a September 25, 2018, Diana Ross concert in North Bethesda, Maryland.

14. In total, the parties stipulate that Parker used approximately $31,379 from the Labor Committee for personal use and benefit. Parker did not have authority to spend these funds on personal expenses or trips, and abused his position of trust as Chairman in doing so.

15. The proceeds from Parker's wire fraud scheme have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
Joshua A. Gold, Texas Bar No. 24103101
Kondi J. Kleinman, Cal. Bar No. 241277
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
202.815.8965 (Gold) | 202.252.6887 (Kleinman)
joshua.gold@usdoj.gov | kondi.kleinman2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime that is charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I read every word of this Statement of Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 30 OCT 2024

_____
ANDRA PARKER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: 30 OCT 2024

_____
Pleasant S. Brodnax, III
Counsel for Andra Parker